PENNSYLVANIA *v.* NORRIS MORRISON, CHARLES CRAIG, ADAM CRAIG, JOHN M'WILLIAMS, THOMAS WHITE, HUGH TORRENCE, ALEXANDER M'COMBS, and PATRICK PRESTON.

THESE men were indicted for having, on 18th *August*, 1794, unlawfully, riotously, and routously assembled together, to disturb the peace, and, in *Market Street* in *Pittsburgh*, raised a pole or standard, called a

*liberty-pole*, in defiance of the laws of the ſtate of *Penn-* 1795.
*ſylvania*, and of the *United States*, and as an indignity and
inſult to the honourable *James Roſs*, *Jaſper Yeates*, and
*William Bradford*, Eſquires, commiſſioners on behalf of
the *United States* of *America*, and the honourable *Thomas
M'Kean* and *William Irwin*, Eſquires, commiſſioners on
behalf of the ſtate of *Pennſylvania*, to confer with the
citizens of the counties weſt of the *Allegheny* mountains;
to the great diſturbance of the peace, and to the ill ex-
ample of others.

*Woods*, for the defendants. Theſe men acted under
force, as thoſe had done, who went from *Pittſburgh* to
the meeting at *Braddock's-Field*. They had no view
to oppoſe the government. Many did not ſign the terms
of amneſty, becauſe they ſuppoſed themſelves innocent.
It was not the intention of the defendants to oppoſe the
laws, but to ſave the town from violence.

PRESIDENT. *Thomas White* muſt be acquitted: there
is no evidence againſt him. *John M'Williams* has
ſigned the amneſty.

You have no evidence of any conſtraint from a mob
from the country, but in the declarations of the defend-
ants themſelves. This is not like the caſe of *Braddock's
Field*, where five or ſix thouſand men were aſſembled,
and threatened the town. There muſt be firſt ſome evi-
dence, that violence was threatened, and danger exiſted,
to the town, before they can found any excuſe for their
conduct, on this ground.

*Pole-raiſing* was a notorious ſymptom of diſſatisfaction,
and the exhibition of this, in the only part of this coun-
try, where government was ſuppoſed to have ſtrength,
muſt have made an impreſſion very unfavourable to the
whole country, promoted violence in the people here,
and induced force on the part of government.

All the evidence of their acting under dureſs, is their
ſaying ſo. It is, at leaſt, as probable, that this was a
cover for their real motives, an oppoſition to the civil
authority. Why did not theſe men ſign the amneſty,
when almoſt every man beſides in the town ſigned it?
They ſurely refrained not from a conſciouſneſs of inno-
cence. It is ſomewhat ſingular, if danger then exiſted,
that the only men in this town anxious for its ſafety,

T 2

were men of little or no property in it ; and that then all the men of property were againſt this meaſure. When there was real danger, all the town went to *Braddock's-Field*.

The act of raiſing a pole in the ſtreet is itſelf unlawful, independent of any other ill intention. The probability is, that the intention was an unlawful oppoſition to the government, and that the excuſe was feigned, to cover their real deſigns.

Verdict guilty, except as to *White* and *M'Williams*.